UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DAVIS,

    Plaintiff,

v.                                              Case No. 19-11701

MACOMB COUNTY,

    Defendant.
_____/

**ORDER AUTHORIZING PLAINTIFF TO SERVE ADDITIONAL, LIMITED INTERROGATORIES AND SETTING DATE FOR FILING OF DISPOSITIVE MOTIONS**

In its last written order, the court granted in part Plaintiff's motion to compel and allowed Plaintiff to serve what the court expected to be limited and targeted interrogatories on Macomb County Commissioner Rob Leonetti related to the County's citizen participation policy. Plaintiff served 51 interrogatories on Leonetti, which Defendant thoroughly and timely answered.

On February 20, 2020, the court held a telephonic status conference on the record to inquire about the need for Plaintiff to pose additional questions regarding the County's citizen participation policy on Macomb County Commissioners Robert Smith and Elizabeth Lucido in light of Leonetti's responses to the interrogatories. For the reasons discussed on the record, the court will allow Plaintiff to pose a maximum of three interrogatories each to Lucido and Smith related to the County's citizen participation policy. No additional discovery will be permitted after this exchange, and the parties should prepare for motion practice. Accordingly,

IT IS ORDERED that Plaintiff will SERVE a maximum of three interrogatories on Commissioner Lucido and three interrogatories on Commissioner Smith by **5:00 p.m.**

**on February 21, 2020**. Defendant will respond to these interrogatories by **12:00 p.m. on February 26, 2020**. No additional discovery will be permitted.

IT IS FURTHER ORDERED that the dispositive motion cut-off date is EXTENDED to **March 20, 2020**.

                                            s/Robert H. Cleland           /
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: February 21, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 21, 2020, by electronic and/or ordinary mail.

                                            s/Lisa Wagner              /
                                            Case Manager and Deputy Clerk
                                            (810) 292-6522

S:\Cleland\Cleland\HEK\Civil\19-11701.DAVIS.interrogatory.order.HEK.docx